IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAVIER ALAVEZ-LOPEZ, ANTONIO HERNANDEZ, WILLIAM TOVILLA, ALEJANDRO CONSTANTINO, ANTONIO GUTIERREZ, MARCO ANTONIO ORTEGA, LAZARO CORTEZ, ARMANDO CRUZ, JULIO TERAN, ERISAEL CRUZ JIMENEZ, YIMI HERNANDEZ, JOGLE HERNANDEZ, CAMERINO MARTINEZ, LUIS SANCHEZ, EMILIANO CRUZ, on behalf of themselves and those similarly situated.<br><br>   PLAINTIFFS<br><br>  v.<br><br>SOUTH JERSEY SANITATION CO., INC.<br>  and<br>ANTHONY COLARSURDO, owner<br><br>   DEFENDANTS | CIVIL ACTION<br><br>No. _____ |

## ENTRY OF APPEARANCE

     Kindly enter my appearance of behalf of Javier Alavez-Lopez, Antonio Hernandez, William Tovilla, Alejandro Constantino, Antonio Gutierrez, Marco Antonio Ortega, Lazaro Cortez, Armando Cruz, Julio Teran, Erisael Cruz Jimenez, Yimi Hernandez, Jogle Hernandez, Camerino Martinez, Luis Sanchez, and Emiliano Cruz.

     Thank you.

                                            Respectfully Submitted,

                                            SWARTZ SWIDLER, LLC

                                            ***/s Joshua S. Boyette*_____***
                                            JOSHUA S. BOYETTE (I.D. 309863)
                                            1878 Marlton Pike E., Suite 10
                                            Cherry Hill, NJ 08003
                                            Tel: (856) 685-7420
                                            Fax: (856) 685-7417
                                            jboyette@swartz-legal.com

                                            Attorney for Plaintiffs

Dated: October 3, 2011