

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com

**ALYSON TOMLJENOVIC**
EMAIL: atomljenovic@cooperlevenson.com

Direct Phone (609) 572-7438
Direct Fax (609) 572-7439

FILE NO. 47597/00009

December 5, 2011

Honorable Noel L. Hillman
United States District Court
District of New Jersey, Camden Vicinage
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

Re: **Alavez-Lopez, et al v. South Jersey Sanitation Company, Inc. and Anthony Colarsurdo**
    **Civil No.: 10-5647-NLH-KMW**

Dear Judge Hillman:

I am an associate with Cooper Levenson, the firm currently representing the defendant in the above entitled matter. This office filed a motion to dismiss and/or strike the state law claims from the plaintiff's complaint. As plaintiff's counsel has filed an amended complaint removing said claims, we hereby withdraw that motion at this time.

Thank you for your attention to this matter.

Respectfully Submitted,

Alyson Tomljenovic

AT/mal

Cc: Richard S. Swartz, Esquire
CLAC 1685432.1

---

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**
N. J. Offices: ATLANTIC CITY ▪ CHERRY HILL ▪ NEWARK ▪ PRINCETON ▪ TRENTON
HARRISBURG, PA ▪ BEAR, DE ▪ LAS VEGAS, NV