

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com

**ALYSON TOMLJENOVIC**
EMAIL: atomljenovic@cooperlevenson.com

Direct Phone (609) 572-7438
Direct Fax (609) 572-7439

FILE NO. 47597/00009

December 7, 2011

Honorable Noel L. Hillman
United States District Court
District of New Jersey, Camden Vicinage
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

    Re:    **Alavez-Lopez, et al vs. South Jersey Sanitation Company, Inc.
             and Anthony Colarsurdo
             Civil No. 10-5647-NLH-KMW**

Dear Judge Hillman:

    I am an associate with Cooper Levenson, the firm currently representing the defendants in the above entitled matter. As per my conversation with your law clerk, this office is hereby withdrawing both of defendants Motions to dismiss and/or strike the state law claims from the plaintiffs' Complaint. The first of these was filed on September 20, 2011; however, the filing of plaintiffs' Second Amended Complaint on October 3, 2011 necessitated a second motion be drafted in response and filed on November 1, 2011. As plaintiffs' counsel has now filed a Third Amended Complaint removing said state law claims from this action, we hereby withdraw both of these motions at this time.

    Thank you for your attention to this matter.

                                                              Respectfully Submitted,

                                                              Alyson Tomljenovic

AT/mal

cc:  Richard S. Swartz, Esquire

CLAC 1686756.1