

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com

**ALYSON TOMLJENOVIC**
Also Admitted to PA Bar
EMAIL: atomljenovic@cooperlevenson.com

Direct Phone (609) 572-7438
Direct Fax (609) 572-7439

File No. 47597.00009

April 2, 2012

<u>Via Electronic Filing</u>

Honorable Karen M. Williams
United States District Court
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ  08101

    Re:    Alavez-Lopez, et al vs. South Jersey Sanitation Company, Inc. and Anthony Colarsurdo
           Docket No. 1:10-cv-05647-NLH -KMW

Dear Judge Williams:

    I am an Associate with Cooper Levenson, the firm currently representing the Defendants in the above entitled matter.  As per my conversation with Plaintiffs' Counsel, Defendants will not oppose Plaintiffs' current Motion to file their Fourth Amended Complaint, as they have removed the Fair Labor Standards Act Collective Action Claims.

    Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        Alyson Tomljenovic

cc:  Richard Swartz, Esquire

CLAC 1776730.1